UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANTONIO STAPLETON #297778,

    Plaintiff,                             NO. 2:16-cv-138

v.                                       MAG. MAARTEN VERMAAT

DANNY PELKOLA, et al.,

    Defendants.

_____

| Judy E. Bregman (P32252) | Michael R. Dean (P71333) |
|---|---|
| Bregman & Welch | Jennifer Ann Foster (P75947) |
| Attorney for Plaintiff | Attorneys for Defendants |
| 212 Washington Street | Michigan Dep't of Attorney General |
| P.O. Box 885 | MDOC Division |
| Grand Haven, MI  49417 | P.O. Box 30217 |
| (616) 846-3145 | Lansing, MI 48909 |
| | (517) 335-3055 |
| Bradford W. Springer (P67201) | |
| Scholten Fant | |
| Attorney for Plaintiff | |
| 100 North Third Street | |
| P.O. Box 454 | |
| Grand Haven, MI  49417-0454 | |
| (616) 842-3030 | |

_____/

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

      Defendants Pelkola and Contreras, through counsel and under Fed. R. Civ. P. 50(b), request that this Court grant their renewed motion and dismiss the claim against them as a matter of the law for the reasons stated in the Defendant's supporting brief.  Concurrence was sought in this motion and was denied.

                                        Dana Nessel
                                        Attorney General

                                        */s/ Michael R. Dean*
                                        Michael R. Dean (P71333)
                                        Jennifer A. Foster (P75957)
                                        Assistant Attorneys General
                                        Attorneys for MDOC Defendants
                                        Michigan Dep't of Attorney General
                                        MDOC Division
                                        P.O. Box 30217
Dated: September 19, 2019            Lansing, MI 48909

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

    I, Michael R. Dean, hereby certify that this brief contains approximately 4080 words, exclusive of the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, and affidavits, and is within the word limit allowed under LCivR 7.2(b)(i).

                                        */s/ Michael R. Dean*
                                        Michael R. Dean (P71333)
                                        Assistant Attorney General
                                        Attorney for MDOC Defendants
                                        Michigan Dep't of Attorney General
                                        MDOC Division
                                        P.O. Box 30217
                                        Lansing, MI 48909
                                        (517) 335-3055
Dated: September 19, 2019            Deanm2@michigan.gov

## PROOF OF SERVICE (E-FILE and U.S. MAIL)

I hereby certify that on September 19, 2019, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF System, which will provide electronic notice and copies of such filing to the parties.

Dated: September 19, 2019

*/s/ Michael R. Dean*
Michael R. Dean (P71333)
Assistant Attorney General
Attorney for MDOC Defendants
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
Deanm2@michigan.gov